**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1897

RONALD SATISH EMRIT, Presidential Committee/Political Action Committee, Separate Segregated Fund (SSF) Number C00569897, a/k/a Presidential Candidate Number P60005535, d/b/a United Emrits of America,

Plaintiff - Appellant,

v.

RADIO ONE; WKYS 93.9 FM RADIO; WPGC 95.5; AUDACY; DJ GEMINI; CATHY HUGHES; IHEART RADIO; CLEAR CHANNEL; CUMULUS BROADCOSTING; CBS RADIO; HOT 97 NEW YORK; CHARLAMAGNE THA GOD; URBAN 1,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:25-cv-02218-DKC)

Submitted: December 18, 2025                          Decided: December 22, 2025

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his civil complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2). We have reviewed the record and find no reversible error in the district court's determination that the complaint failed to establish either subject matter jurisdiction or a coherent claim that constituted a violation of Emrit's constitutional rights, federal law, or any applicable state laws. Accordingly, we deny Emrit's motion to reinstate his case and affirm the district court's judgment. *Emrit v. Radio One*, No. 8:25-cv-02218-DKC (D. Md. July 24, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*